EVA FLORENCE HUBER *v.* BALTIMORE TRUST COMPANY, Executor and Trustee.

[No. 22, October Term, 1929.]

*Decided October 31st, 1929.*

The cause was argued before Bond, C. J., Pattison, Urner, Adkins, Offutt, Digges, Parke, and Sloan, JJ.

*W. LeRoy Ortel,* for the appellant.

*Semmes, Bowen & Semmes,* submitting on motion to dismiss, for the appellee.

A *per curiam* opinion was delivered.